# EXHIBIT 1







# Kids Daytime Honey Cough Syrup

★★★★★ (122)

Finally, a truly clean, non-toxic kid's cough syrup you can all feel great about. With nature-powered ingredients like buckwheat honey, elderberry, and propolis, this potent blend supports the immune system and promotes recovery to help get your little ones back on their feet.

4 fl oz. (118 mL)

**What is Propolis?**

Select Type: Kids Daytime

| 🧴 Kids Daytime ⌄ |

Select Delivery:  One Time Delivery

| ◉ One Time Delivery | $9.99 |

**ADD TO CART**

100% Money Back Guarantee | Free Shipping on Orders $60+

   

### HOW TO USE ⌄

Not feeling their best? Children 1–12 years old, take 1 teaspoon every 2–3 hours. Use up to four times daily or as directed by a physician. Shake well before use.

## INGREDIENTS    ⌄

Buckwheat honey, elderberry fruit extract, bee propolis extract, vitamin D, vitamin C, grape seed extract, glycerin, purified water, citric acid, potassium sorbate

Caution: This product contains honey and as such it should not be used by children under 12 months of age. Please consult your physician immediately for a worsening condition.

## Supplement Facts

Serving Size: ½ tsp (2.5mL) (1-3 years); 1tsp (5mL) (4+ years)
Servings Per Container: About 48 (1-3 years); about 24 (4+ years)

| Amount per serving | Age 1-3 Years | % DV | Age 4+ Years | % DV |
|---|---|---|---|---|
| Calories | 10 | | 20 | |
| Total Carbohydrate | 2 g | 1%** | 4 g | 1%* |
| Total Sugars | 1 g | † | 2 g | † |
| Includes Added Sugars | 1 g | 4%** | 2 g | 4%* |
| Vitamin C (as ascorbic acid) | 50 mg | 333% | 100 mg | 111% |
| Vitamin D (as cholecalciferol) | 2.5 mcg | 17% | 5 mcg | 25% |
| Proprietary Honey Blend (Buckwheat Honey, Wildflower Honey) | 1.5 g | † | 3 g | † |
| Bee Propolis Extract | 12.5 mg | † | 25 mg | † |
| Elderberry Fruit Extract | 12.5 mg | † | 25 mg | † |
| Grape Seed Extract | 6 mg | † | 12 mg | † |

\* Percent Daily Values are based on a 2,000 calorie diet.
\*\*Percent Daily Values are based on a 1,000 calorie diet.
† Daily Value (DV) not established.

**OTHER INGREDIENTS:** Vegetable Glycerin, Water, Potassium Sorbate (Preservative).

## THE NO LIST    ⌄

- No Refined Sugars
- No GMOs
- No Glyphosate
- No Artificial Flavors
- No Dyes
- No Antibiotics
- Drug-free

# CLEAN, NON-TOXIC, KID-APPROVED

☑ **Powerful Throat Soother**

SHOP ⌄    LEARN ⌄    BUILD A BUNDLE    **BEST SELLERS**          🔍 SEARCH    ACCOUNT    🛍 0



☑ **Elderberry Immune Support**

While most cough syrups don't actively support immune health, ours features elderberry, one of the most well-known medicinal plants for promoting immune health through vitamins and antioxidants.

☑ **Propolis-Powered Defense**

Propolis is the defender of the hive—and your immune system, delivering antioxidants like flavonoids & polyphenols to help fight germs and support your health.

☑ **Extra Immune Support from Vitamin D**

Vitamin D, critical for a healthy immune system, is often hard for kids to get enough of in their diet. Our cough syrup delivers a dose of the sunshine vitamin to further support recovery.

☑ **Free Of Refined Sugar and Artificial Colors**

Unlike many cough syrups, ours is clean and free of artificial colors, fillers, and refined sugar.

# ONLY NATURAL INGREDIENTS

Always free of artificial colors & preservatives, fillers, alcohol, gluten, GMOs, and refined sugars.



### Buckwheat Honey

Buckwheat honey offers antioxidants and soothing properties. It has even been shown to possess therapeutic benefits that rival those of widely-acclaimed manuka honey.



### Propolis

With 300+ beneficial compounds, propolis is the bodyguard of the beehive. Bees use it to line the walls of their hives to keep the germs out. We use it to support our immune systems, soothe scratchy throats, and combat free radical damage in the body.



### Vitamin D

The sunshine vitamin doesn't just light up your mood and promote bone health, it also helps support your immune system.

SHOP ˅    LEARN ˅    BUILD A BUNDLE    BEST SELLERS           Q SEARCH    ACCOUNT    0



### Elderberry

One of the most well-known medicinal plants, elderberries support your immune system with antioxidants and vitamins.



# Sustainable Beekeeping

We're dedicated to developing a sustainable supply of propolis that honors the bees, the environment, and our consumers. Every apiary we work with is required to adhere to our Quality Protocol, designed to prioritize the health of the bees.

⊘ **Ensuring the production area is free from pesticides**

⊘ **Leaving enough honey and pollen for the bees and avoiding artificial feeding**

⊘ **Building hives with sustainable, recyclable, and natural materials**

⊘ **Avoiding any form of genetic modification**

⊘ **Keeping hives free from chemical residues**

# ASK US ANYTHING.

**Where do you source your bee products from?** —

We love to talk about sourcing. All of our products come from remote apiaries located far from harmful chemicals, including locations in Canada, Europe, and South America. We work with our apiary partners to ensure that our bee products are sustainably-sourced and of the highest quality. We always put the health of the bees first.

**Why are bees so important to the planet?** —

Every third bite of food you eat comes from the bees. Without them, we'd lose apples, almonds, cucumbers, blueberries, broccoli, ... e bees disappear. And that's just *one* of the many consequences of losing our buzzing yellow friends.

**GET DISCOUNT** ✕

**If i'm allergic to bees, can I take your products?** —

There is rarely a correlation between allergies to bee stings (bee venom) and bee products. *However*, we always recommend consulting with a health professional in situations like this. Your safety is our number-one priority.

**Are your products certified organic?** —

Our products are not certified organic, but we do third-party test all of our formulas for pesticides and heavy metals to ensure that we only bottle the very best ingredients.

Because bees fly and forage from areas far outside the certified organic radius, this certification doesn't have the same importance when you're buying bee products as it does when you're buying produce. What's more, most small, sustainable beekeepers can't afford the certification process. The larger, commercial beekeepers who can pay for the certification don't always practice sustainable beekeeping or treat their bees like family (as we do). Consider that food for thought next time you're buying honey or clean medicines made with honey.

**Are your products safe to use during pregnancy and / or while breastfeeding?** —

We have many parents in our community who love our products and find them beneficial throughout their motherhood journey. That said, everyone is different and as with most supplements, we recommend consulting your healthcare professional before taking any of our products during pregnancy or when breastfeeding.









# Kids Nighttime Honey Cough Syrup

★★★★★ (114)

Finally, a clean nighttime cough syrup you *and* your little ones can feel great about. With nature-powered ingredients like buckwheat honey and propolis and a calming combination of L-theanine, melatonin, and chamomile, this potent blend supports the immune system while promoting rest and relaxation.

4 fl oz. (118 mL)

 **What is Propolis?**

Select Type: Kids Nighttime

| Kids Nighttime ⌄ |
| --- |

Select Delivery:  One Time Delivery

| ⦿ One Time Delivery | $9.99 |
| --- | --- |

**ADD TO CART**

100% Money Back Guarantee | Free Shipping on Orders $60+

    

HOW TO USE ⌄

Not feeling their best? Children 1–12 years old, take 1 teaspoon every 2–3 hours. Use up to four times daily or as directed by a physician. Shake well before use.

## INGREDIENTS  ⌄

Buckwheat honey, elderberry fruit extract, chamomile flower extract, melatonin, l-theanine, bee propolis extract, grape seed extract, purified water, citric acid, potassium sorbate

Caution: This product contains honey and as such it should not be used by children under 12 months of age. Please consult your physician immediately for a worsening condition.

## Supplement Facts

Serving Size: ½ tsp (2.5mL) (1-3 years); 1tsp (5mL) (4+ years)
Servings Per Container: About 48 (1-3 years); about 24 (4+ years)

| Amount per serving | Age 1-3 Years | % DV | Age 4+ Years | % DV |
|---|---|---|---|---|
| Calories | 10 | | 20 | |
| Total Carbohydrate | 3 g | 2%** | 5 g | 2%* |
| Total Sugars | 1 g | † | 2 g | † |
| Includes Added Sugars | 1 g | 4%** | 2 g | 4%* |
| Proprietary Honey Blend (Buckwheat Honey, Wildflower Honey) | 1.5 g | † | 3 g | † |
| Chamomile Flower Extract | 50 mg | † | 100 mg | † |
| L-Theanine | 45 mg | † | 90 mg | † |
| Elderberry Fruit Extract | 12.5 mg | † | 25 mg | † |
| Bee Propolis Extract | 12.5 mg | † | 25 mg | † |
| Grape Seed Extract | 6 mg | † | 12 mg | † |
| Melatonin | 0.5 mg | † | 1 mg | † |

* Percent Daily Values are based on a 2,000 calorie diet.
** Percent Daily Values are based on a 1,000 calorie diet.
† Daily Value (DV) not established.

**OTHER INGREDIENTS:** Vegetable Glycerin, Citric Acid, Water, Potassium Sorbate (preservative)

## THE NO LIST  ⌄

- No Refined Sugars
- No GMOs
- No Glyphosate
- No Artificial Flavors
- No Dyes
- No Antibiotics
- Drug-free

## CLEAN, NON-TOXIC,

  

SHOP ⌄    LEARN ⌄    BUILD A BUNDLE    BEST SELLERS    🔍 SEARCH    ACCOUNT    🛍 0



⊘ Powerful Throat Soother

Honey and Propolis work together to naturally soothe dry or scratchy throats.

⊘ Sleep Promoting Ingredients

Getting adequate rest is even more essential when you're under the weather. Melatonin and calming L-theanine, an amino acid that can promote relaxation, work together to set you up for better sleep when you need it most.

⊘ Elderberry Immune Support

While most cough syrups don't actively support immune health, ours features elderberry, one of the most well-known medicinal plants for promoting immune health through vitamins and antioxidants.

⊘ Propolis-Powered Defense

Propolis is the defender of the hive—and your immune system, delivering antioxidants like flavonoids & polyphenols to help fight germs and support your health.

⊘ Free Of Refined Sugar and Artificial Colors

Unlike many cough syrups, ours is clean and free of artificial colors, fillers, and refined sugar.

# ONLY NATURAL INGREDIENTS

Always free of artificial colors & preservatives, fillers, alcohol, gluten, GMOs, and refined sugars.



### Buckwheat Honey

Buckwheat honey offers antioxidants and soothing properties. It has even been shown to possess therapeutic benefits that rival those of widely-acclaimed manuka honey.



### Propolis

With 300+ beneficial compounds, propolis is the bodyguard of the beehive. Bees use it to line the walls of their hives to keep the germs out. We use it to support our immune systems, soothe scratchy throats, and combat free radical damage in the body.



### Melatonin

A common pre-bedtime supplement that may help with restlessness.



# Sustainable Beekeeping

We're dedicated to developing a sustainable supply of propolis that honors the bees, the environment, and our consumers. Every apiary we work with is required to adhere to our Quality Protocol, designed to prioritize the health of the bees.

- ⊘ Ensuring the production area is free from pesticides
- ⊘ Leaving enough honey and pollen for the bees and avoiding artificial feeding
- ⊘ Building hives with sustainable, recyclable, and natural materials
- ⊘ Avoiding any form of genetic modification
- ⊘ Keeping hives free from chemical residues



# Kids Cough Syrup Bundle

★★★★★ (236)

Finally, truly clean, non-toxic kid's cough syrups you can all feel great about. With nature-powered ingredients like buckwheat honey, elderberry, and propolis, these potent blends support the immune system and promote recovery to help get your little ones back on their feet.

**Select Type: Kids Cough Syrup Bundle**

|  Kids Cough Syrup Bundle ⌄ |
| --- |

**Select Delivery:  One Time Delivery**

| ◉ One Time Delivery ~~$19.98~~ **$17.99** |
| --- |

| **ADD TO CART** |
| --- |

100% Money Back Guarantee | Free Shipping on Orders $60+

   

| **HOW TO USE** ⌄ |
| --- |
| Not feeling their best? Children 1–12 years old, take 1 teaspoon every 2–3 hours. Use up to four times daily or as directed by a physician. Shake well before use. |

## INGREDIENTS ⌄

**Kids Cough Syrup Daytime**

Buckwheat honey, elderberry fruit extract, bee propolis extract, vitamin D, vitamin C, grape seed extract, glycerin, purified water, citric acid, potassium sorbate

Caution: This product contains honey and as such it should not be used by children under 12 months of age. Please consult your physician immediately for a worsening condition.

**Kids Cough Syrup Nighttime**

Buckwheat honey, elderberry fruit extract, chamomile flower extract, melatonin, l-theanine, bee propolis extract, grape seed extract, purified water, citric acid, potassium sorbate

Caution: This product contains honey and as such it should not be used by children under 12 months of age. Please consult your physician immediately for a worsening condition.

## Supplement Facts

Serving Size: ½ tsp (2.5mL) (1-3 years); 1tsp (5mL) (4+ years)
Servings Per Container: About 48 (1-3 years); about 24 (4+ years)

| Amount per serving | Age 1-3 Years | % DV | Age 4+ Years | % DV |
|---|---|---|---|---|
| Calories | 10 | | 20 | |
| Total Carbohydrate | 2 g | 1%** | 4 g | 1%* |
| Total Sugars | 1 g | † | 2 g | † |
| Includes Added Sugars | 1 g | 4%** | 2 g | 4%* |
| Vitamin C (as ascorbic acid) | 50 mg | 333% | 100 mg | 111% |
| Vitamin D (as cholecalciferol) | 2.5 mcg | 17% | 5 mcg | 25% |
| Proprietary Honey Blend (Buckwheat Honey, Wildflower Honey) | 1.5 g | † | 3 g | † |
| Bee Propolis Extract | 12.5 mg | † | 25 mg | † |
| Elderberry Fruit Extract | 12.5 mg | † | 25 mg | † |
| Grape Seed Extract | 6 mg | † | 12 mg | † |

\* Percent Daily Values are based on a 2,000 calorie diet.
\*\*Percent Daily Values are based on a 1,000 calorie diet.
† Daily Value (DV) not established.

**OTHER INGREDIENTS:** Vegetable Glycerin, Water, Potassium Sorbate (Preservative).

## THE NO LIST ⌄

- No Refined Sugars
- No GMOs
- No Glyphosate
- No Artificial Flavors
- No Dyes
- No Antibiotics
- Drug-free

# WHAT IS PROPOLIS?

Propolis is the defender of the hive. Bees use it to line the walls and keep germs out. We use it to support our immune systems, soothe scratchy throats, combat free radical damage in the body, and feed the good bacteria in our gut.

- ⊘ **Vitamins B, C & D**
- ⊘ **Zinc**
- ⊘ **Antioxidants**
- ⊘ **Polyphenols & Flavonoids**

**SHOP NOW**





# Sustainable Beekeeping

We're dedicated to developing a sustainable supply of propolis that honors the bees, the environment, and our consumers. Every apiary we work with is required to adhere to our Quality Protocol, designed to prioritize the health of the bees.

- ⊘ Ensuring the production area is free from pesticides
- ⊘ Leaving enough honey and pollen for the bees and avoiding artificial feeding
- ⊘ Building hives with sustainable, recyclable, and natural materials
- ⊘ Avoiding any form of genetic modification
- ⊘ Keeping hives free from chemical residues

# INGREDIENTS THAT DON'T CUT CORNERS

We finally have modern science to back up the efficacy of ancient remedies—and *improve* upon them. That's why we've teamed up with sustainable beekeepers and researchers to identify clean, yet potent ingredients that move the needle on your daily health.



### Propolis

With 300+ beneficial compounds, propolis is the bodyguard of the beehive. Bees use it to line the walls of their hives to keep the germs out. We use it to support our immune systems, soothe scratchy throats, and combat free radical damage in the body.



### Royal Jelly

Royal jelly offers nutrients and antioxidants that may support brain health. Thanks to rare beneficial compounds, like acetylcholine and 10-HDA, this substance is known to improve cognition and promote mental clarity.



### Bee Pollen

Bee pollen delivers B vitamins, minerals, free-forming amino acids, and antioxidants. Sprinkle it on anything to nourish your body and support your busy schedule.



### Raw Honey

One of the most nourishing foods on the planet, raw honey delivers an energizing source of fuel for the body. Plot twist: It also helps with the production of calming serotonin and melatonin in the brain,  g Zzzs.



### Buckwheat Honey

Buckwheat honey offers antioxidants and soothing properties. It has even been shown to possess therapeutic benefits that rival those of widely-acclaimed manuka honey.



### Ginkgo Biloba

Ginkgo is a brain tonic that may support cognition, learning, focus, and memory. Ginkgo contains antioxidant terpenoids that may help boost blood flow to your brain.

GET DISCOUNT



### Vitamin C

Vitamin C provides extra defense for a healthy immune system, and is known to support muscle recovery and healthy collagen levels for glowing skin



### Bacopa Monnieri

A staple in Ayurvedic medicine, this adaptogenic herb may help your body better manage the effects of stress and reduce cortisol levels. It's also a popular nootropic that may enhance brain function by supporting the brain's ability to learn and retain information.



### Ginger-Lemon

Ginger, known for it's antioxidant properties, is combined with lemon for a spicy kick that also aids in healthy digestion.



### Peppermint Eucalyptus

Stocked with antioxidants, both herbs are known to ease congestion.



### Elderberry

One of the most well-known medicinal plants, elderberries support your immune system with antioxidants and vitamins.



### Vitamin D

The sunshine vitamin doesn't just light up your mood and promote bone health, it also helps support your immune system.



### MegaDuo

Bacillus Coagulans SC 208 and Bacillus Subtilis HU58, two of the most well-studied probiotic strains, can increase microbial diversity in the gut and support the immune system. These spore-based probiotic strains are shelf stable and able to survive the journey to the colon without the need for an engineered capsule.



### CoreBiome

Produces short chain fatty acids in the colon, which fuel the cells that line the gut. It supports tight junctions in the intestinal lining and strengthens the gut barrier.



### Chaga Mushroom

Chaga mushrooms grow primarily on the bark of birch trees, and feature antioxidants that may help with proper immune function.



### Melatonin

A common pre-bedtime supplement that may help with restlessness.



### Wildflower Honey

Wildflower honey naturally delivers nutrients and beneficial enzymes, and helps soothe scratchy throats.



### Zinc

Zinc is an essential trace mineral that plays a vital role in supporting the immune system and producing immune cells. It contains antioxidant properties that help strengthen the body's defense



### Xylitol

Helps increase the flow of mucus and increases nasal volume to help cleanse the nasal passage



### Oregano Oil

Potent herbal extract that invigorates the sinuses to help you breathe deeply



### Nettle Leaf

Helps inhibit histamine production, supports natural inflammatory respons to irritants



### Bromelain

A protein-digesting enzyme that supports a natural inflammatory response to irritants.



### Quercetin

A unique bioflavonoid that supports healthy histamine levels



**GET DISCOUNT** ×

# EXHIBIT 2

Sponsored

Health & Household › Health Care › Over-the-Counter Medication › Cough & Cold › Coughing & Sore Throats › Cough Syrups






Click to see full view

◉ **Ask Rufus**

Does it have a strong taste?   Can adults use this too?

Is it made in the USA?   Ask something else



# Beekeeper's Naturals Propolis Honey Cough Syrup Daytime for Kids Immune Support with Elderberry, Vitamin C, Vitamin D & Raw Honey - Throat Soothing - Gluten Free & Clean Ingredients, 4 oz.

Visit the Beekeeper's Naturals Store

4.5 ★★★★⯪ ⌄ (3,174)  |

Search this page

$9⁹⁹ ($2.50 / fluid ounce)

Price history

With **Amazon Business**, you would have **saved $176.78** in the last year. Create a free account and **save up to 2%** today.

Style: **Kids AM Cough…**

| | |
|---|---|
| $9.99 ($2.50 / fluid ounce) | $17.99 ($9.00 / fluid ounce) |
| $9.99 ($2.50 / fluid ounce) | $9.99 ($2.50 / fluid ounce) |
| $17.99 ($9.00 / fluid ounce) | $9.99 ($2.50 / fluid ounce) |

| | |
|---|---|
| **Brand** | Beekeeper's Naturals |
| **Item Weight** | 5.9 Ounces |
| **Product Benefits** | Immune Support |
| **Specific Uses For Product** | Cough |
| **Active Ingredients** | vitamin c |



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**One-time purchase:** ◉

$9⁹⁹ ($2.50 / fluid ounce)

FREE delivery **Saturday, January 24** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Today 5 PM - 10 PM** on eligible orders. Order within 3 hrs 41 mins. Join Prime

⦿ Deliver to David - San Diego 92116

**In Stock**

Quantity: 1 ⌄

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Beekeeper's Naturals |
| Returns | Non-returnable due to Food safety reasons |
| Payment | Secure transaction |

⌄ See more

FSA or HSA eligible Details

**Subscribe & Save** 🛒 ○

$8⁹⁹ ($2.25 / fluid ounce)

FREE delivery Saturday, January 24 on orders shipped by Amazon over $35

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Beekeeper's Naturals |

Add to List ⌄

**Other sellers on Amazon**

New (2) from $9⁹⁹ & **FREE Shipping** on orders over $35.00 › shipped by Amazon.



amazon business

**Save up to 2%** on this product

 

Click to see full view

⟡ Ask Rufus

Does it have a strong taste?    Can adults use this too?

Is it made in the USA?    Ask something else

## About this item

- KIDS NATURAL COUGH SYRUP: Finally, a truly clean and non-toxic daytime cough syrup for your kiddos. With nature-powered ingredients like buckwheat honey, elderberry, and propolis, this potent blend soothes the immune system and supports recovery.

- CLEAN & NATURAL INGREDIENTS: Our kids immune syrup is formulated with natural and plant-based ingredients like buckwheat honey, elderberry, vitamin D, vitamin C, and bee propolis, to help get your little ones get back on their feet. We do not add artificial colors or sweeteners - nothing unnecessary!

- KIDS IMMUNE SUPPORT: When it comes to immune support, you can't beat nature's remedies. With ingredients like raw honey, elderberry extract Vitamin C & Vitamin D, Beekeeper's Naturals cuts zero corners to formulating the purest & effective remedies.

- CLEAN COUGH SYRUP: Our natural daytime kids cough syrup is formulated with clean ingredients from the hive and nature! Daytime Honey Cough Syrup for Kids is your clean am cough syrup and natural remedy that supports respiratory comfort, provides sore throat relief and immune support.

- POWERED BY NATURE: We're all about efficacy! We aren't just creating cleaner alternatives to the traditional medicine cabinet; we're creating all-around cleaner products. We merge modern science with natural medicine to create natural remedies that actually work.

with business-only pricing.

Create a free account



Hyland's

Infant And Baby Cold Medicine,...
⭐⭐⭐⭐½ 11,340
$13⁷⁰ $14.42 ✓prim
Save 35% with Subscribe & Save

Sponsored ⓘ

**Important information**

### Ingredients

Buckwheat honey, elderberry fruit extract, bee propolis extract, vitamin D, vitamin C, grape seed extract, glycerin, purified water, citric acid, potassium sorbate

### Legal Disclaimer



**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

**Product description**



## INGREDIENTS FROM NATURE (NOT A LAB)





**From the brand**









# Big Support for Little Ones

- Soothe their throat from a dry cough
- Ease symptoms and improve overall recovery
- Clean, nontoxic daytime cough syrup
- Support their immune system with antioxidants and vitamins






## Chaga Mushroom

Chaga mushrooms grow primarily on the bark of birch trees, and feature antioxidants that may help with proper immune function.

## Buckwheat Honey

Buckwheat honey offers antioxidants and soothing properties. It has even been shown to possess therapeutic benefits that rival those of widely-acclaimed manuka honey.

## Bee Propolis

Propolis supports your immune system and naturally has zinc, iron, and B vitamins. Delivers antioxidants like flavonoids and polyphenols that soothe scratchy throats, and combat free radical damage in the body.





## Supplement Facts

Serving Size: ½ tsp (2.5mL) (1-3 years); 1tsp (5mL) (4+ years)
Servings Per Container: About 48 (1-3 years); about 24 (4+ years)

| Amount per serving | Age 1-3 Years | % DV | Age 4+ Years | % DV |
|---|---|---|---|---|
| Calories | 10 | | 20 | |
| Total Carbohydrate | 2 g | 1%** | 4 g | 1%* |
| Total Sugars | 1 g | † | 2 g | † |
| Includes Added Sugars | 1 g | 4%** | 2 g | 4%* |
| Vitamin C (as ascorbic acid) | 50 mg | 333% | 100 mg | 111% |
| Vitamin D (as cholecalciferol) | 2.5 mcg | 17% | 5 mcg | 25% |
| Proprietary Honey Blend (Buckwheat Honey, Wildflower Honey) | 1.5 g | † | 3 g | † |
| Bee Propolis Extract | 12.5 mg | † | 25 mg | † |
| Elderberry Fruit Extract | 12.5 mg | † | 25 mg | † |
| Grape Seed Extract | 6 mg | † | 12 mg | † |

* Percent Daily Values are based on a 2,000 calorie diet.
** Percent Daily Values are based on a 1,000 calorie diet.
† Daily Value (DV) not established.

**OTHER INGREDIENTS:** Vegetable Glycerin, Water, Potassium Sorbate (Preservative). **MANUFACTURED FOR:** Beekeeper's Naturals USA Inc. Covina, CA 91723 1.844.503.4242 **SUGGESTED USE:** Shake well before use. Children 1-3 years old take ½ tsp (2.5mL) every 2-3 hours. Children 4-12 years old take 1 tsp (5mL) every 2-3 hours. Use up to four times daily or as directed by a healthcare professional. **CAUTION:** This product contains honey and as such it should not be used by children under 12 months of age. As with any dietary supplement, if your child is taking medication or has allergies, consult your healthcare professional before use. **KEEP OUT OF REACH OF CHILDREN. USE WITHIN 90 DAYS OF OPENING. DO NOT PURCHASE IF SEAL IS BROKEN.**







Click to see full view

**Ask Rufus**

Does it contain any common allergens?    Can this be taken daily?

Is it sweetened?    Ask something else



Kids Cold Medicine for Ages 2+,...
★★★★☆ 14,290
$12⁹⁷ $19.99 ✓prim

Sponsored ⓘ

## Product

### About this item

- KIDS NATURAL COUGH SYRUP: Finally, a truly clean and non-toxic nighttime cough syrup for your kiddos. With nature-powered ingredients like buckwheat honey, elderberry, and propolis, this potent blend soothes the immune system and supports recovery.

- CLEAN & NATURAL INGREDIENTS: Our kids immune syrup is formulated with natural and plant-based ingredients like buckwheat honey, elderberry, vitamin D, vitamin C, and bee propolis, to help get your little ones get back on their feet. We do not add artificial colors or sweeteners - nothing unnecessary!

- KIDS IMMUNE SUPPORT: When it comes to immune support, you can't beat nature's remedies. With ingredients like raw honey, elderberry extract Vitamin C & Vitamin D, Beekeeper's Naturals cuts zero corners to formulating the purest & effective remedies.

- CLEAN COUGH SYRUP: Our natural night kids cough syrup is formulated with clean ingredients from the hive and nature! Nighttime Honey Cough Syrup for Kids is your clean am cough syrup and natural remedy that supports respiratory comfort, provides sore throat relief and immune support.

- POWERED BY NATURE: We're all about efficacy! We aren't just creating cleaner alternatives to the traditional medicine cabinet; we're creating all-around cleaner products. We merge modern science with natural medicine to create natural remedies that actually work.

- Product packaging may vary as we refreshed our packaging and are currently transitioning between old and new packaging. Our ingredients & formula that you know and love remain the same!



# Big Support for Little Ones



**25 MG** Propolis Extract Per Serving

- ✓ Soothe their throat from a dry cough
- ✓ Ease symptoms and improve overall recovery
- ✓ Help get much-needed sleep with Chamomile, L-theanine and Melatonin
- ✓ Support their immune system with antioxidants and vitamins



parent *tested* parent *approved*

WINNER



## Elderberry

One of the most well-known medicinal plants, elderberries support your immune system with antioxidants and vitamins.

## Buckwheat Honey

Buckwheat honey offers antioxidants and soothing properties. It has even been shown to possess therapeutic benefits that rival those of widely-acclaimed manuka honey.

## Bee Propolis

Propolis supports your immune system and naturally has zinc, iron, and B vitamins. Delivers antioxidants like flavonoids and polyphenols that soothe scratchy throats, and combat free radical damage in the body.

## Supplement Facts

Serving Size: ½ tsp (2.5mL) (1-3 years); 1tsp (5mL) (4+ years)
Servings Per Container: About 48 (1-3 years); about 24 (4+ years)

| Amount per serving | Age 1-3 Years | % DV | Age 4+ Years | % DV |
|---|---|---|---|---|
| Calories | 10 | | 20 | |
| Total Carbohydrate | 3 g | 2%** | 5 g | 2%* |
| Total Sugars | 1 g | † | 2 g | † |
| Includes Added Sugars | 1 g | 4%** | 2 g | 4%* |
| Proprietary Honey Blend (Buckwheat Honey, Wildflower Honey) | 1.5 g | † | 3 g | † |
| Chamomile Flower Extract | 50 mg | † | 100 mg | † |
| L-Theanine | 45 mg | † | 90 mg | † |
| Elderberry Fruit Extract | 12.5 mg | † | 25 mg | † |
| Bee Propolis Extract | 12.5 mg | † | 25 mg | † |
| Grape Seed Extract | 6 mg | † | 12 mg | † |
| Melatonin | 0.5 mg | † | 1 mg | † |

* Percent Daily Values are based on a 2,000 calorie diet.
** Percent Daily Values are based on a 1,000 calorie diet.
† Daily Value (DV) not established.

**OTHER INGREDIENTS:** Vegetable Glycerin, Citric Acid, Water, Potassium Sorbate (preservative) **MANUFACTURED FOR:** Beekeeper's Naturals USA Inc. Covina, CA 91723 1.844.503.4242 **SUGGESTED USE:** Shake well before use. Children 1-3 years old take ½ tsp (2.5mL) every 2-3 hours. Children 4-12 years old take 1 tsp (5mL) every 2-3 hours. Use up to four times daily or as directed by a healthcare professional. **CAUTION:** This product contains honey and as such it should not be used by children under 12 months of age. As with any dietary supplement, if your child is taking medication or has allergies, consult your healthcare professional before use. **KEEP OUT OF REACH OF CHILDREN. USE WITHIN 90 DAYS OF OPENING. DO NOT PURCHASE IF SEAL IS BROKEN.**

Sponsor

Health & Household › Health Care › Over-the-Counter Medication › Cough & Cold › Coughing & Sore Throats › Cough Syrups



Click to see full view

⚫⁺ **Ask Rufus**

What flavors does it come in?

Does it contain any common allergens?

Can this be used for toddlers?          Ask something else

# Beekeeper's Naturals Kids Honey Cough Syrup – Day & Night Value Pack – Immune Support with Elderberry, Vitamin C, D, Propolis & Raw Honey – Soothing, Clean Ingredients – Two Pack, 2 x 4 fl oz

Visit the Beekeeper's Naturals Store

4.5 ★★★★⯪ ∨ (3,174)  |

Search this page

$17⁹⁹ ($9.00 / fluid ounce)

Price history

With **Amazon Business**, you would have **saved $176.78** in the last year. Create a free account and **save up to 1%** today.

Style: **Kids AM&PM Cou…**



| | |
|---|---|
| $9.99 ($2.50 / fluid ounce) | $17.99 ($9.00 / fluid ounce) |
| $9.99 ($2.50 / fluid ounce) | $9.99 ($2.50 / fluid ounce) |
| $17.99 ($9.00 / fluid ounce) | $9.99 ($2.50 / fluid ounce) |

| | |
|---|---|
| **Brand** | Beekeeper's Naturals |
| **Item dimensions L x W x H** | 2 x 4 x 5 inches |
| **Product Benefits** | Cough Relief |
| **Specific Uses For Product** | Cough |
| **Number of Items** | 1 |



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**One-time purchase:** ●

$17⁹⁹ ($9.00 / fluid ounce)

FREE delivery **Saturday, January 24** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Wednesday, January 21**. Order within 10 hrs 36 mins. Join Prime

⊙ Deliver to David - San Diego 92116

### In Stock

Quantity: 1  ∨

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Beekeeper's Naturals |
| Returns | Non-returnable due to Food safety reasons |
| Payment | Secure transaction |

∨ See more

**Subscribe & Save** 🛒   ○

$17⁰⁹ ($8.55 / fluid ounce)

**FREE delivery Saturday, January 24** on orders shipped by Amazon over $35

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Beekeeper's Naturals |

Add to List

amazon business

**Save up to 1%** on this product with business-only pricing.

Create a free account





Click to see full view

**Ask Rufus**

What flavors does it come in?

Does it contain any common allergens?

Can this be used for toddlers?      Ask something else

## About this item

- CLEAN HONEY COUGH SYRUP FOR KIDS – DAY & NIGHT:Clean, non-toxic cough syrups designed just for kids. This value pack includes both Daytime and Nighttime formulas to provide immune support and soothing relief—any time they need it.

- IMMUNE SUPPORT WITH ELDERBERRY & VITAMINS: Each serving is packed with immune-boosting elderberry, Vitamin C, and Vitamin D to support your little one's health, helping them recover faster and feel better with clean, natural ingredients.

- CLEAN & NON-TOXIC INGREDIENTS: Free from artificial colors, dyes, sweeteners and unecessary chemicals, this clean cough syrup formula uses powerful ingredients such as buckwheat honey and bee propolis to deliver effective relief with nothing unnecessary.

- THROAT SOOTHING & RESPIRATORY SUPPORT: Our Daytime cough syrup helps soothe sore throats and support respiratory comfort during the day, while the Nighttime cough syrup promotes restful sleep and continued immune support overnight.

- POWERED BY NATURE, BACKED BY SCIENCE: Combining modern science with natural remedies, Beekeeper's Naturals provides a healthier alternative to traditional cough syrups, offering your child effective, natural relief that actually works.



Wedderspoon Organic Manuka...
★★★★⯨ 19,629
$8⁶⁰ ✓prim

Sponsored ⓘ

# EXHIBIT 3

**WARNING LETTER**

# Natural Ginger, Corp/Jonaus Corp

**MARCS-CMS 679765 — JUNE 25, 2024**

 More Warning Letters (/inspections-compliance-enforcement-and-criminal-investigations/compliance-actions-and-activities/warning-letters)

**Delivery Method:**

VIA Electronic Mail

**Product:**

Food & Beverages

**Recipient:**

Mr. Jose Ramirez

Owner

Natural Ginger, Corp/Jonaus Corp

7781 NW 73rd Court, Suite B

Medley, FL 33166-2201

United States

 jose@naturgin.com (mailto:jose@naturgin.com)

**Issuing Office:**

Division of Human and Animal Food Operations East IV

United States

Feedback

**WARNING LETTER**

June 25, 2024

24-HAFE4-WL-02 / CMS No. 679765

Dear Mr. Ramirez:

This is to advise you that the Food and Drug Administration (FDA) reviewed your website at the Internet address, www.naturgin.com in June 2024 and has determined that you take orders for the products Syrup for Children Ginger, Honey, and Aloe Vera; Syrup for Adults Ginger and Honey; Syrup for Adults Forte Ginger, Honey, and Aloe Vera; AFA Blue Green Algae 1000 mg; Magnesium Complex All in One Capsule Magnesium and Potassium; and Vitamin C 1000 mg/caps. We also reviewed your social media website at https://www.facebook.com/naturgin/ where you direct consumers to your website, www.naturgin.com, to purchase your products. The claims on your website and social media website establish that these products are drugs under section 201(g)(1)(B) of the Federal Food, Drug, and Cosmetic Act (the Act) [21 U.S.C. 321(g)(1)(B)] because they are intended for use in the cure, mitigation, treatment, or prevention of disease. As explained Top ()

further below, introducing or delivering these products for introduction into interstate commerce for such uses violates the Act. You can find the Act and FDA regulations through links on FDA's home page at www.fda.gov.

Examples of some of the website claims that provide evidence that your products are intended for use as drugs include:

<u>Syrup for Children Ginger, Honey, and Aloe Vera</u>
https://naturgin.com/product/ginger-honey-aloe-vera-syrup-for-children-5-fl-oz-150ml-for-a-healthy-throat /

Under the "Description" section of your product webpage:

- "This cough syrup is a dietary supplement which has a generous mix of honey, ginger and Aloe Vera that can be safely consumed by kids and will leave their throats clear, will alleviate digestive inflammation and can diminish severe coughing."
- "While the honey is a millenary soother for sore throats for its various antimicrobial properties; ginger is known for being anti-inflammatory…."
- "Naturgin syrup for children also contains Aloe Vera, which is known for being the perfect cure for children's common colds as it stops acute coughing and has potent anti-bacterial properties that will prevent the re-growth of microorganisms"

Under the "PROPERTIES" section of your product webpage:

- "ALLEVIATES SORE THROATS: Naturgin has a generous amount of honey which will quickly reduce inflammation…."
- "DIMINISHES PHLEGM: Naturgin's contains a generous dose of ginger, which has been used for centuries as a natural decongestant and antihistamine."
- "ANTI-INFLAMATORY PROPERTIES: Naturgin is…as effective as any pharmacy bought medicine."
- "ALLEVIATES COUGHING: Aloe Vera is one of the greatest solutions for treat children's upset lungs as it reduces inflammatory proteins, helps expel phlegm…."

Under the "DIRECTIONS" section of your product webpage:

- "Helps to avoid…pain of the throat"
- "Take it from 1 to 3 times (teaspoonful) per day to maintain a clean throat and to avoid the flu"
- "In case of flu, cough or throat pain take it every 2 hours until nuisance disappears"

<u>Syrup for Adults Ginger and Honey</u>
https://naturgin.com/product/ginger-honey-syrup-5-ounces-for-adults/

Under the "Description" section of your product webpage:

- "This dietary supplement has a generous mix of honey and ginger that will clear your throat…alleviate digestive inflammation and diminish severe coughing."
- "While the honey is a millenary soother for sore throats for its various antimicrobial properties; ginger is known for being anti-inflammatory…."

<u>Syrup for Adults Forte Ginger, Honey, and Aloe Vera</u>
https://naturgin.com/product/ginger-honey-aloe-vera-forte-for-adults-150ml-5-fl-oz-for-a-healthythroat/

- "Naturgin Syrup Forte is a cough syrup which has been formulated for people who are more exposed to the environment than others and therefore are at greater risk of being in contact with viruses or bacteria that could

Feedback

Top ()

compromise their health."

Under the "Description" section of your product webpage:

- "This dietary supplement has a generous mix of honey, ginger and Aloe Vera that will clear your throat, alleviate digestive inflammation and diminish severe coughing."

- "While the honey is a millenary soother for sore throats for its various antimicrobial properties; ginger is known for being anti-inflammatory…."

- "This version also has Aloe Vera, which is frequently used to stop acute coughing and has potent anti-bacterial properties that will prevent the re-growth of microorganisms."

Under the "PROPERTIES" section of your product webpage:

- "ALLEVIATES SORE THROATS: Naturgin has a generous amount of honey which will quickly reduce inflammation and soothe your respiratory system."

- "DIMINISHES PHLEGM: Naturgin's contains a generous dose of ginger, which has been used for centuries as a natural decongestant and antihistamine."

- "ANTI-INFLAMATORY PROPERTIES: Naturgin is…as effective as any pharmacy bought medicine."

- "ALLEVIATES COUGHING: Aloe vera is one of the greatest solutions for treat children's upset lungs as it reduces inflammatory proteins, helps expel phlegm…."

- "REDUCES DIGESTIVE SYSTEM INFLAMATION: Ginger is also one of the greatest remedies for upset stomachs as it reduces inflammatory proteins and increases anti-inflammatory molecules that will alleviate stomachaches and prevent nausea."

Under the "DIRECTIONS" section of your product webpage and the "Description" section for Combo #1 – Syrup for Adults Forte Ginger, Honey, and Aloe Vera and Vitamin C 1000 mg/caps:

- "Helps…and pain of the throat"

- "Take it from 2 to 3 times (Spoonful) per day to maintain a clean throat and to avoid the flu"

- "In case of flu, cough or throat pain take it every 2 hours until nuisance disappears."

AFA Blue Green Algae 1000 mg
https://naturgin.com/product/aphanizomenon-flos-aquae-1000mg-60-veggie-caps-x-500mg-each-30-servings/

- "APHANIZOMENON FLOS AQUAE…anti-inflammatory…."

Magnesium Complex All in One Capsule Magnesium and Potassium
https://naturgin.com/product/magnesium-complex-90-capsules-x-460mg-magnesium-citrate-99mg-potassium-citrate-90-days-supply/

- "Magnesium…prevents chronic headaches."

Vitamin C 1000 mg/caps
https://naturgin.com/product/product/vitamin-c-1000mg-for-daily-immune-support-and-antioxidant-100-capsules/

- "Support the immune system against virus and germs"

- "Vitamin C stimulates antibody production to aid the immune system in reducing the severity and duration of colds"

Further, your social media website, https://www.facebook.com/photo/?

Feedback

Top ()

fbid=2816687698585430&set=ecnf.100063623525475 also contains evidence of intended use of your products for the cure, mitigation, treatment, or prevention of disease. For example, your Facebook post on February 25, 2021, for Syrup for Adults Forte Ginger, Honey, and Aloe Vera states:

- "Take it from 2 to 3 times (Spoonful) per day to maintain a clean throat and to avoid the flu."

- "Helps…pain of the throat."

- "In case of flu, cough or throat pain take it every 2 hours until nuisance disappears.

Your Syrup for Children Ginger, Honey, and Aloe Vera; Syrup for Adults Ginger and Honey; Syrup for Adults Forte Ginger, Honey, and Aloe Vera; AFA Blue Green Algae 1000 mg; Magnesium Complex All in One Capsule Magnesium and Potassium; and Vitamin C 1000 mg/caps products are not generally recognized as safe and effective for the above referenced uses and, therefore, the products are "new drugs" under section 201(p) of the Act [21 U.S.C. 321(p)]. With certain exceptions not applicable here, new drugs may not be legally introduced or delivered for introduction into interstate commerce without prior approval from FDA, as described in sections 301(d) and 505(a) of the Act [21 U.S.C. 331(d), 355(a)]. FDA approves a new drug on the basis of scientific data and information demonstrating that the drug is safe and effective.

A drug is misbranded under section 502(f)(1) of the Act [21 U.S.C. 352(f)(1)] if the drug fails to bear adequate directions for its intended use(s). "Adequate directions for use" means directions under which a layperson can use a drug safely and for the purposes for which it is intended (21 CFR 201.5). Prescription drugs, as defined in section 503(b)(1)(A) of the Act [21 U.S.C. 353(b)(1)(A)], can only be used safely at the direction, and under the supervision, of a licensed practitioner.

Your Syrup for Children Ginger, Honey, and Aloe Vera and Syrup for Adults Forte Ginger, Honey, and Aloe Vera products are intended for prevention or treatment of one or more diseases that are not amenable to self-diagnosis, prevention, or treatment without the supervision of a licensed practitioner. Therefore, it is impossible to write adequate directions for a layperson to use your products safely for their intended purposes. Accordingly, your Syrup for Children Ginger, Honey, and Aloe Vera and Syrup for Adults Forte Ginger, Honey, and Aloe Vera products fail to bear adequate directions for their intended use and, therefore, the products are misbranded under section 502(f)(1) of the Act [21 U.S.C. 352(f)(1)]. The introduction or delivery for introduction into interstate commerce of these misbranded drugs violates section 301(a) of the Act [21 U.S.C. 331(a)].

This letter is not intended to be an all-inclusive statement of violations that may exist in connection with your products. You are responsible for investigating and determining the causes of any violations and for preventing their recurrence or the occurrence of other violations. It is your responsibility to ensure that your firm complies with all requirements of federal law, including FDA regulations.

This letter notifies you of our concerns and provides you an opportunity to address them. Failure to adequately address this matter may result in legal action, including, without limitation, seizure and injunction.

Please notify FDA in writing, within 15 working days of receipt of this letter, of the specific steps you have taken to address any violations. Include an explanation of each step being taken to prevent the recurrence of violations, as well as copies of related documentation. If you cannot complete corrective actions within 15 working days, state the reason for the delay and the time within which you will do so. If you believe that your products are not in violation of the Act, include your reasoning and any supporting information for our consideration.

Your written response should be directed to the U.S. Food and Drug Administration, attention to: Mr. Ramon A. Hernandez, Program Division Director, 466 Ave. Fernández Juncos, San Juan, Puerto Rico 00901-3223. You may email a copy of your response with appropriate attachments to the email address: orahafeast4firmresponses@fda.hhs.gov. If you have any questions regarding this letter, please contact, Ms. Gina Eng, Compliance Officer, at (954) 759-7715 or via email at Gina.Eng@fda.hhs.gov.

Feedback

Top ()

Sincerely,

/S/

Ramon A. Hernandez

Program Division Director

Office of Human and Animal Food Operations

East IV Division

Was this page helpful? * (required)

Yes

No

**Submit**

U.S. flag An official form of the United States government. Provided by Touchpoints

Feedback

Top ()

# EXHIBIT 4

Case 5:26-cv-01527　Document 1-1　Filed 03/30/26　Page 43 of 51　Page ID #:71

**WARNING LETTER**

# Herbal Vitality, Inc.

**MARCS-CMS 640206 — MARCH 07, 2023**

❯ More Warning Letters (/inspections-compliance-enforcement-and-criminal-investigations/compliance-actions-and-activities/warning-letters)

**Delivery Method:**

VIA UPS

**Product:**

Drugs
Food & Beverages

**Recipient:**

Yvan P. Rochon, PhD

President

Herbal Vitality, Inc.

2810 Hopi Dr

Sedona, AZ 86336-3733

United States

**Issuing Office:**

Division of Human and Animal Food Operations West IV

United States

March 7, 2023

**WARNING LETTER**

**Ref: CMS Case 640206**

Dear Dr. Rochon:

This is to advise you that the U.S. Food and Drug Administration (FDA) conducted an inspection of your manufacturing facility located at 2810 Hopi Drive, Sedona, Arizona from July 11, 2022, through July 15, 2022. The inspection and our review of your product labeling revealed serious violations of the Federal Food, Drug, and Cosmetic Act (the Act) and FDA regulations. You can find the Act and the FDA's regulations through links on FDA's home page at http://www.fda.gov. (http://www.fda.gov.) ⬀ (http://www.fda.gov/about-fda/website-policies/website-disclaimer)

We received your response on August 4, 2022, which was written in response to the Form FDA 483, Inspectional Observations, issued to you at the close of the inspection. We address your response below.

**Unapproved New Drugs and Misbranded Drugs**

Top ()

During the inspection, our investigator collected finished product labels for your products and the Herbal Vitality product catalog in which you offer your products for sale. Based on our review of your product labels and product catalog, we have determined that the claims for your products Acute Kidney Stone Relief, Adult Cold & Flu, Antifungal Formula, Baby Cold & Flu, Children's Antibiotic Formula, Children's Asthma Formula, Hemorrhoid Remedial, Pregnancy Cold and Flu Formula, Prostrate Formula, Special Lyme Formula, Fibromyalgia Formula, Hepatitis C Formula Glycerite, Kidney Stone Remedial, Lung Tonic COPD, Children's Antiviral Formula, Children's Allergy Relief Formula, Antiparasite Formula, Anti-Amoeba Formula, Hyperthyroid Relief, PCOS Formula, and Children's Tonsillitis/Otitis establish the products are drugs under section 201(g)(1)(B) of the Act [21 U.S.C. § 321(g)(1)(B)] because they are intended for use in the cure, mitigation, treatment, or prevention of disease. As explained further below, introducing or delivering these products for introduction into interstate commerce for such uses violates the Act.

Examples of some of the claims that provide evidence that your products are intended for use as drugs include:

**Acute Kidney Stone Relief**
• Product name: The product name implies that the product is intended to cure, mitigate, treat, or prevent kidney stones.
• Product catalog: "…antispasmodic analgesic and demulcent, and aid in relief of renal and ureter spasm and inflammation."

**Adult Cold & Flu**
• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent cold and flu.
• Product catalog: "The herbs in this formula are antimicrobial, alterative, analgesic and diaphoretic."

**Antifungal Formula**
• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent fungal infections.
• Product catalog: "The antifungal herbs assist the body in ridding fungal overgrowth in order to restore healthy flora balance."

**Baby Cold & Flu**
• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent cold and flu.
• Product catalog: "…the herbs bring their actions to respiratory and digestive tracts and help clear a fever. Anti-viral, diaphoretic, expectorant, antispasmodic, carminative…"

**Children's Antibiotic Formula**
• Product name: The product name implies the product is intended to cure, mitigate, or treat bacterial infections.
• Product catalog: "…broad antimicrobial effects along with lymphagogue actions that cleanse the tissues and strengthen immunity. Diaphoretic herbs assist with fever management."

**Children's Asthma Formula**
• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent asthma.
• Product catalog: "The herbs in this formula are antispasmodic bronchodilators. They are anti-inflammatory, expectorant, antimicrobial, demulcent…"

**Hemorrhoid Remedial**
• Product name: The product name implies the product is intended to cure, mitigate, or treat hemorrhoids.

**Pregnancy Cold and Flu Formula**
• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent cold and flu.
• Product catalog: "The herbs in this formula are…antiviral, expectorant, antispasmodic, alterative, carminative…"

**Prostrate Formula**
• Product catalog:

Feedback

∧
Top ()

1/7/2026, 12:44 PM

- Formula heading: "Adjunctives to cancer treatment"
- "The herbs [in this formula]…have anti-tumor properties."

**Special Lyme Formula**

• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent Lyme disease.

• Product catalog: "A blend of herbs with antimicrobial, anti-inflammatory…actions…"

**Fibromyalgia Formula**

• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent fibromyalgia.

**Hepatitis C Formula Glycerite**

• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent Hepatitis C.

**Kidney Stone Remedial**

• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent kidney stones.

**Lung Tonic COPD**

• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent chronic obstructive pulmonary disease (COPD).

**Children's Antiviral Formula**

• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent viruses.

**Children's Allergy Relief Formula**

• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent allergies.

**Antiparasite Formula**

• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent parasites.

**Anti-Amoeba Formula**

• Product name: The product name implies the product is intended to cure, mitigate, treat or prevent amoeba infection.

**Hyperthyroid Relief**

• Product name: The product name implies the product is intended to cure, mitigate, or treat hyperthyroidism.

**PCOS Formula**

• Product name: The product name implies the product is intended to cure, mitigate, treat, or prevent polycystic ovary syndrome (PCOS).

**Children's Tonsillitis/Otitis**

• Product name: The product name implies the product is intended to cure, mitigate, treat or prevent tonsillitis/otitis.[1]

• Product catalog: "Antimicrobial and lymphagogue herbs are combined with alternative, anodynal, and diaphoretic herbs to tonify mucous membranes and immune system, cleanse the tissues and clear heat."

Your above products are not generally recognized as safe and effective for the above referenced uses and, therefore, the products are "new drugs" under section 201(p) of the Act [21 U.S.C. § 321(p)]. With certain exceptions not applicable here, new drugs may not be legally introduced or delivered for introduction into interstate commerce without prior approval from FDA, as described in sections 301(d) and 505(a) of the Act [21 U.S.C. §§ 331(d), 355(a)]. FDA approves a new drug on the basis of scientific data and information demonstrating that the drug is safe and effective.

A drug is misbranded under section 502(f)(1) of the Act [21 U.S.C. § 352(f)(1)] if the drug fails to bear adequate directions for its intended use(s). "Adequate directions for use" means directions under which a layperson can use a drug safely and

Feedback

^
Top ()

for the purposes for which it is intended (21 CFR 201.5). Prescription drugs, as defined in section 503(b)(1)(A) of the Act [21 U.S.C. § 353(b)(1)(A)], can only be used safely at the direction, and under the supervision, of a licensed practitioner.

Your Special Lyme Formula, Hepatitis C Formula Glycerite, Kidney Stone Remedial, Lung Tonic COPD, Acute Kidney Stone Relief, Adult Cold & Flu, Baby Cold & Flu, Children's Asthma Formula, Pregnancy Cold and Flu Formula, and Fibromyalgia Formula are intended for treatment of one or more diseases that are not amenable to self-diagnosis or treatment without the supervision of a licensed practitioner. Therefore, it is impossible to write adequate directions for a layperson to use your products safely for its intended purposes. Accordingly, your products fail to bear adequate directions for its intended use and, therefore, your products are misbranded under section 502(f)(1) of the Act [21 U.S.C. § 352(f)(1)]. The introduction or delivery for introduction into interstate commerce of this misbranded drug violates section 301(a) of the Act [21 U.S.C. § 331(a)].

**Dietary Supplement CGMP Violations**

During the inspection, our investigator found significant violations of FDA's regulation for Current Good Manufacturing Practice (CGMP) in Manufacturing, Packaging, Labeling, or Holding Operations for Dietary Supplements, under Title 21, Code of Federal Regulations (CFR), Part 111 (21 CFR Part 111). Based on the inspection, we determined that these violations cause the dietary supplements manufactured at your facility to be adulterated within the meaning of section 402(g)(1) of the Act [21 U.S.C. § 342(g)(1)] because the dietary supplements have been prepared, packed, or held under conditions that do not meet CGMP requirements for dietary supplements. Additionally, even if your Children's Tonsillitis/Otitis product were not an unapproved new drug, it would still be an adulterated dietary supplement within the meaning of section 402(g)(1) of the Act [21 U.S.C. § 342(g)(1)].

Your significant violations of the CGMP requirements are as follows:

1. You failed to establish, for each component that you use in the manufacture of a dietary supplement, component specifications on limits on those types of contamination that may adulterate or may lead to adulteration of the finished batch of the dietary supplement to ensure the quality of the dietary supplement, as required by 21 CFR 111.70(b)(3). Specifically, you have not established limits on contaminants such as microbes, pesticides, and heavy metals that may be present in your components, including the Eleutherococcus senticosus, Astragalus membranaceus, and Ganoderma lucidum used in your Immune Tonic (Lot 052422); and the Calendula officinalis, Echinacea angustifolia, and Filipendula ulmaria used in your Children's Tonsillitis/Otitis (Lot 031722).

Note that in addition to establishing specifications, you must ensure that the tests and examinations that you use to determine whether the specifications are met are appropriate, scientifically valid methods, as required by 21 CFR 111.75(h)(1), and you must make and keep records of the specifications established, as required by 21 CFR 111.95(b)(1).

We have reviewed your written response, in which you state, "Specifications for limits on contamination will be added to all current and new Master Manufacturing Records for multi-dietary ingredient herbal tincture and glycerite supplements when contamination is a possibility." We cannot evaluate the adequacy of your corrective action because you did not provide any specifications for limits on contamination for review.

2. You failed to establish specifications for each dietary supplement that you manufacture for the identity, purity, strength, and composition of the finished batch of the dietary supplement, and for limits on those types of contamination that may adulterate, or that may lead to adulteration of, the finished batch of the dietary supplement to ensure the quality of the dietary supplement, as required by 21 CFR 111.70(e). Specifically, your firm has not established product specifications for any of your multi-ingredient finished dietary supplement products.

Note that in addition to establishing specifications, you must verify, for a subset of finished dietary supplement batches that you identify through a sound statistical sampling plan (or for every finished batch), that your finished batch of the dietary supplement meets product specifications for identity, purity, strength, composition, and limits on contamination that may

Feedback

Top ()

adulterate or lead to adulteration of the finished batch, as required by 21 CFR 111.75(c). Further, you must ensure any tests and examinations you use to determine whether the specifications are met are appropriate, scientifically valid methods, as required by 21 CFR 111.75(h)(1), and you must make and keep records of all activities relating to such specifications, in accordance with 21 CFR 111.95.

We have reviewed your written response, in which you state, "We have begun to update or create Master Manufacturing Records for all our multi-dietary ingredient herbal tincture and glycerite supplements, to include specifications for identity, strength, and composition of the finished dietary supplement." Your response also states, "Specifications for limits on contamination will be added to all current and new Master Manufacturing Records for multi-dietary ingredient herbal tincture and glycerite supplements when contamination is a possibility." However, we cannot evaluate the adequacy of your corrective actions because the updated master manufacturing record for your Children's Tonsils & Ear Formula, included with your response, does not include finished product specifications for identity, purity, strength, composition, and limits on contaminants; in addition, you have not provided specifications for your other dietary supplement products.

3. You failed to include in your quality control operations in your master manufacturing record, batch production record (BPR), and manufacturing operations that include approving and releasing, or rejecting, each finished batch for distribution, as required by 21 CFR 111.123(a)(8). Specifically, your BPRs show that your Children's Tonsillitis/Otitis (Lot 031722) and Immune Tonic (Lot 052422) were released for distribution on March 17, 2022, and May 24, 2022, respectively, without being reviewed and approved by your quality control personnel. You further indicated that quality control does not review and approve for release any of your multi-ingredient herbal tincture supplements. We note you have received complaints regarding customers receiving the products that seemed different from what they ordered. Your internal investigations have found that the ordered products were either incorrectly mixed or mislabeled.

Feedback

We have reviewed your written response, which states, "All multi-dietary ingredient herbal tincture and glycerite supplements will be released for distribution by Quality Control before they are distributed to a customer or warehouse." In your response, your firm appended a production and release record for your Children's Tonsillitis/Otitis product, which is now called Children's Tonsils and Ears Formula, Lots CTOF080122HV and CTOF080322HV. We cannot evaluate the adequacy of your corrective actions because the production and release records do not specify if any of the individuals signing the records are quality control personnel.

4. You failed to prepare a written master manufacturing record (MMR) that includes written instructions for corrective action plans for use when a specification is not met, as required by 21 CFR 111.210(h)(5). Specifically, your Pouring Formulas instruction sheet, which you provided in response to our request for your MMRs for the Children's Tonsillitis/Otitis and Immune Tonic, does not include a corrective action plan for use when a specification is not met.

We have reviewed your response, which included a copy of an updated MMR for your Children's Tonsillitis/Otitis product, which is now called Children's Tonsils and Ears Formula. However, this MMR still does not include the corrective action plan required by 21 CFR 111.210(h)(5). We also note there is no indication that the updated MMR will be reviewed and approved by your quality control personnel, as required by 21 CFR 111.123(a)(1).

5. Your batch production record (BPR) did not include complete information relating to the production and control of each batch, as required by 21 CFR 111.255(b) and 21 CFR 111.260. Specifically, you indicated during the inspection that the pour sheets for the multi-tincture formulas are your BPRs. The pour sheets for the Children's Tonsillitis/Otitis (Lot 031722) and Immune Tonic (Lot 052422) lacked the following required information:

  a. The identity of equipment and processing lines used in producing the batch [21 CFR 111.260(b)];

  b. The date and time of the maintenance, cleaning, and sanitizing of the equipment and processing lines used in the producing the batch, or a cross-reference to records, such as individual equipment logs, where this information is retained [21 CFR 111.260(c)];

∧
Top ()

c. The unique identifier that you assigned to the packaging and label used [21 CFR 111.260(d)];

d. A statement of the actual yield [21 CFR 11.260(f)];

e. The actual results obtained during any monitoring operations [21 CFR 111.260(g)];

f. The results of any testing or examination performed during the batch production, or a cross-reference to such results [21 CFR 111.260(h)];

g. Documentation that the finished dietary supplements meets specifications for identity, purity, strength, composition, and limits on contamination and for packaging and labeling [21 CFR 111.260(i)];

h. Documentation, at the time of performance, of the manufacturing of the batch including:
    i. The initials of the person responsible for verifying the weight or measure or each component used in the batch [21 CFR 111.260(j)(ii)];
    ii. The initials of the person responsible for verifying the addition of components to the batch [21 CFR 111.260(j)(iv);

i. Documentation, at the time of the performance, or packaging and labeling operations, including:
    i. The unique identifier that you assigned to packaging and labels used, the quantity of the packaging and labeling used, and then label reconciliation is required, reconciliation of any discrepancies between issuance and use of labels [21 CFR 111.260(k)(1)];
    ii. An actual or representative label, or cross-reference to the physical location of the actual or representative label specified in the master manufacturing records [21 CFR 111.260(k)(2)];
    iii. The results of any tests or examinations conducted on packaged and labeled dietary supplements, or a cross-reference to the physical location of such results [21 CFR 111.260(k)(3)];

j. Documentation at the time of performance that quality control personnel:
    i. Reviewed the batch production record [21 CFR 111.260(l)(1)];
    ii. Approved and rejected any reprocessing or repackaging [21 CFR 111.260(l)(2)];
    iii. Approved and released, or rejected, the batch for distribution, including the any reprocessed batch [21 CFR 111.260(l)(4)];

k. Documentation at the time of performance of any required material review and disposition decision [21 CFR 111.260(m)]; and

l. Documentation at the time of performance of any reprocessing [21 CFR 111.260(n)].

6. You failed to collect and hold reserve samples of each lot of packaged and labeled dietary supplements that you distribute, as required by 21 CFR 111.83(a).

Specifically, you did not collect and hold reserve samples of your multi-tincture formulas, including your Children's Tonsillitis/Otitis and Immune Tonic.

In addition, you failed to collect and hold reserve samples for each lot of packaged and labeled dietary supplements you distribute in the same container-closure system in which the packaged and labeled dietary supplement is distributed, as required by 21 CFR 111.83(b)(1). Specifically, although you collect and hold reserve samples of your single ingredient tinctures, you hold these samples in (b)(4); however, these products are shipped out in different 1-ounce, 2-ounce, 4-ounce, 16-ounce, 32-ounce, and 1-gallon amber bottles.

We have reviewed your response, which included a copy of the Children's Tonsils & Ears Formula MMR, and find the corrective action to be inadequate to address the violation. The MMR states that the reserve sample is collected and bottled from the batch before the rest of the product is (b)(4) and has (b)(4) added to it. A reserve sample must be a    Top ()

representative sample of product, which means it must accurately portray the material being sampled (see 21 CFR 111.3). A reserve sample taken from a batch before that batch is **(b)(4)** and has additional ingredients added to it is not representative of that batch.

**Misbranded Dietary Supplements**

In addition, your Acute Kidney Stone Relief, Adult Cold & Flu, Allergy Aid, Antifungal Formula, Baby Cold & Flu, Children's Antibiotic Formula, Children's Asthma Formula, Children's Tonsillitis/Otitis, Hemorrhoid Remedial, Pregnancy Cold and Flu Formula, Prostate Formula, Special Lyme Formula, Immune Tonic, Children's Allergy Relief Formula, Lung Tonic COPD, Fibromyalgia Formula, Hepatitis C Formula Glycerite, Kidney Stone Remedial, PCOS Formula, Anti-Amoeba Formula, Children's Antiparasite, Children's Antifungal Formula, Antiparasite Formula, and Male Fertility Tonic products are misbranded dietary supplement within the meaning of section 403 of the Act [21 U.S.C. § 343] because they do not comply with the labeling requirements for dietary supplements. Specifically, we identified the following:

1. Your Acute Kidney Stone Relief, Adult Cold & Flu, Allergy Aid, Antifungal Formula, Baby Cold & Flu, Children's Antibiotic Formula, Children's Asthma Formula, Children's Tonsillitis/Otitis, Hemorrhoid Remedial, Pregnancy Cold and Flu Formula, Prostate Formula, Special Lyme Formula, Immune Tonic, and Male Fertility Tonic products are misbranded within the meaning of section 403(i)(2) of the Act [21 U.S.C. § 343(i)(2)] in that each product label fails to declare the common or usual name (standardized common name) or Latin binomial of each ingredient (in the absence of a standardized common name per Herbs of Commerce) used as required by 21 CFR 101.4(h).

2. Your Children's Allergy Relief Formula and Special Lyme Formula products are misbranded within the meaning of section 403(q)(1)(A) of the Act [21 U.S.C § 343(q)(1)(A)], because the serving size declared on the labels are incorrect and/or incomplete. Serving Size for a dietary supplement is the maximum amount consumed per eating occasion as recommended on the product label as defined in 21 CFR 101.9(b) and 21 CFR 101.12(b) Table 2. For example:

  a. Your Special Lyme Formula product label states "Suggested dosage: 10 drops 3x daily…", but the serving size list 15 drops.
  b. Your Children's Allergy Relief Formula product label states "Dosage: 10-20 drops every 2 hours for 2 days, then 4 times a day", but the serving size list 30 drops.
  c. Your product labels fail to follow the common measure with the equivalent metric quantity as required by 21 CFR 101.9(b)(7)

3. Your Immune Tonic, Kidney Stone Remedial, Lung Tonic COPD, Fibromyalgia Formula, and Hepatitis C Formula Glycerite products are each misbranded within the meaning of section 403(q)(5)(F) of the Act [21 U.S.C. § 343 (q)(5)(F)] in that the presentation of the nutrition information on the labeling of your products does not comply with 21 CFR 101.36. Specifically, the product labels fail to include the "Servings Per Container" in accordance with 21 CFR 101.36(b)(1)(ii).

4. Your PCOS Formula, Children's Asthma Formula, Anti-Amoeba Formula, Children's Tonsillitis/Otitis, and Children's Antiparasite products are misbranded within the meaning of section 403(q)(5)(F) the Act [21 U.S.C § 343(q)(5)(F)] in that the presentation of the nutrition information on the labeling of the products does not comply with 21 CFR 101.36. For example:

  a. The title "Supplement Facts" on your product labels is not set full width of the nutrition label as required by 21 CFR 101.36(e)(1).
  b. Your product labels lack a heavy bar beneath the subheading "Servings Per Container" required by 21 CFR 101.36(e)(6)(i).
  c. Your product labels do not meet the requirements under 21 CFR 101.36(c)(2) and (c)(3), respectively in that the other dietary ingredients contained in the "Proprietary Blend" or other appropriate descriptive term are not declared indented under the "Proprietary Blend" in descending order of predominance by weight, and in a column or linear fashion.

Feedback

⌃
Top ()

Furthermore, your proprietary blends declare glycerin, water, and ethanol as dietary ingredients when it appears they are functioning as food additives and/or solvents.

  d. Your product labels fail to declare the amount of proprietary blend per serving, in accordance with 21 CFR 101.36(b)(3)(ii).

  e. The heading, "Amount Per Serving," fails to be bolded and placed above the listed quantitative amount per serving in accordance with 21 CFR 101.36(e)(1).

  f. The symbol that precedes "Daily value not established" fails to also be placed following the quantitative amount per serving of the proprietary blend rather than next to the word "Extract" in accordance with 21 CFR 101.36(c)(3).

  g. Your Children's Tonsillitis/Otitis product fails to declare the "Other ingredients" below the Supplement Facts label in accordance with 21 CFR 101.4(g).

b) Your Antiparasite Formula, Children's Antifungal Formula, and Children's Antiparasite products are misbranded within the meaning of section 403(w) of the Act [U.S.C. § 343(w)] because the labels fail to declare the major food allergen "black walnut" as required by section 403(w)(1) of the Act.

Section 201(pp) of the Act [U.S.C. § 321(qq)] defines a major food allergen as milk, egg, fish, Crustacean shellfish, tree nuts, wheat, peanuts, and soybeans, as well as any food ingredient that contains protein derived from one of these foods, with certain exceptions, e.g., highly refined oils derived from a major food allergen. A food is misbranded if it is not a raw agriculture commodity and it is, or it contains, an ingredient that bears or contains, a major food allergen, unless either:

  a. The word "Contains," followed by the name of the food sources from which the major food allergen is derived, is printed immediately after or is adjacent to the list of ingredients, section 403(w)(1)(A) of the Act [21 U.S.C. 343(w)(1)(A)]; or

  b. The common or usual name of the major food allergen in the list of ingredients is followed in parentheses by the name of the food source from which the major food allergen is derived [e.g. "Black Walnut" (Tree Nut)], except the name of the food source is not required when either the common or usual name of the ingredient uses the name of the food source, or the name of the food source appears elsewhere in the ingredient list (unless the name of the food source appears elsewhere in the ingredient list appears as part of the name of an ingredient that is not a major food allergen), section 403(w)(1)(B) of the Act [21 U.S.C 343(w)(1)(B)].

Specifically, your Antiparasite Formula, Children's Antifungal Formula, and Children's Antiparasite product labels include "Contains a tree nut (Black Walnut)" on the principal display panel and the major allergen does not parenthetically follow the food source name". Furthermore, a "Contains" statement must be printed immediately after, or adjacent to, the ingredient list. We note, that if a "Contains" statement is used to declare the source of the tree nut we would not object to just the type of tree nut being declared, e.g., "Contains black walnuts."

This letter is not intended to be an all-inclusive statement of violations that may exist in connection with your products. You are responsible for investigating and determining the causes of any violations and for preventing their recurrence or the occurrence of other violations. It is your responsibility to ensure that your firm complies with all requirements of federal law, including FDA regulations.

This letter notifies you of our concerns and provides you an opportunity to address them. Failure to adequately address this matter may result in legal action including, without limitation, seizure and injunction.

Please notify FDA in writing, within 15 working days of receipt of this letter, of the specific steps you have taken to address any violations. Include an explanation of each step being taken to prevent the recurrence of violations, as well as copies of related documentation. If you cannot complete corrective actions within 15 working days, state the reason for the delay and the time within which you will do so. If you believe that your products are not in violation of the Act, include your reasoning and any supporting information for our consideration.

Your reply should be addressed to the U.S. Food and Drug Administration; Attn: Hanna L. Potter, Compliance Officer; 6th Ave and Kipling St, DFC Bldg. 20, PO Box 25087, Denver, Colorado, 80225-0087 or via email at

Feedback

hanna.potter@fda.hhs.gov. You may reach Ms. Potter at (303) 236-3094 if you have any questions about this matter.

Sincerely,

/S/

E. Mark Harris

Program Division Director

Office of Human and Animal Food Operations – West Division 4

―――――――――――――――

*1* In your response to Form FDA 483, Inspectional Observations, which we received on August 4, 2022, you stated that you had changed the name of this product to Children's Tonsils and Ears formula. However, any product labeling that continues to contain claims that the product is intended for use in the cure, mitigation, treatment, or prevention of disease renders your product a drug within the meaning of section 201(g)(1)(B) of the Act.

Was this page helpful? * (required)

Yes

No

**Submit**

U.S. flag An official form of the United States government. Provided by Touchpoints

Feedback

⌃
Top ()